UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JANE DOE,**

 Plaintiff,

v.   No. 4:24-cv-00209-P

**UNITED STATES OF AMERICA, ET AL.,**

 Defendants.

# ORDER

 Before the Court is Plaintiff's Motion for Leave to Proceed Without Local Counsel. ECF No. 5. Having considered the Motion and this Court's practice[1] of strictly enforcing the Local Rules, the Court concludes that the Motion should be, and it is hereby, **DENIED.**

 Accordingly, Plaintiff shall file the entry of appearance of local counsel satisfying the requirements of Local Rule 83.10(a) **on or before March 18, 2024.**

 Failure to do so shall result in the imposition of sanctions and/or the dismissal of this case without prejudice, but without further notice.

---

[1]This Court has a long and consistent history of requiring litigants to strictly adhere to the Local Rules. *See, e.g.*, *Six Flags Ent. Corp. v. Travelers Cas. & Sur. Co. of Am.*, No. 4:21-CV-00670-P, 2021 WL 2064903, at *1 (N.D. Tex. May 21, 2021) (Pittman, J.) (dismissing lawsuit without prejudice for failure to comply with Local Rule 83.10(a) requiring local counsel); *United States v. Thomas*, No. 4:13-CV-688-A, 2013 WL 11332537, at *1–2 (N.D. Tex. Sept. 5, 2013) (McBryde, J.) (holding that Local Rule 83.10(a) required Austin-based attorney to designate local counsel); *Robert Cook & Associates, Inc. v. Illinois Nat'l Ins. Co.*, No. 7:09-CV-141-O, 2010 WL 11619707, at *1 n.1 (N.D. Tex. Aug. 19, 2010) (O'Connor, J.) (admonishing defense counsel that "disregard of the Local Rules is burdensome for those required to analyze and adjudicate Defendant's motion" and ordering counsel "to file a statement notifying the Court . . . why they failed to comply with the local rules and whether this failure should result in the forfeiture of their right to practice in the Northern District of Texas"); *Harper v. Am. Airlines, Inc.*, No. 4:09-CV-318-Y, 2009 WL 4858050, at *1–2 (N.D. Tex. Dec. 16, 2009) (Means, J.) (denying motion to declare class-certification motion timely because plaintiff failed to comply with Local Rule 23.2 and "once on this Court's docket the case becomes subject to this Court's local rules").

**SO ORDERED** on this **11th day of March 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE